THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 State of South Carolina, Petitioner,
 v.
 Frank McKenzie, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 James R. Barber, Circuit Court Judge
Memorandum Opinion No.  2009-MO-012
Submitted February 19, 2009  Filed
 February 23, 2009  
REVERSED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General Brian T.
 Petrano, of Columbia, for Petitioner.
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted the States petition[1] to review an order granting
 respondent post-conviction relief (PCR) and now reverse, finding no evidence in
 the record to support the PCR courts findings that respondents plea counsel
 was ineffective.  Pierce v. State, 338 S.C. 139, 144-45, 526 S.E.2d 222,
 224-25 (2000) (setting forth the analytical framework for establishing ineffective
 assistance of counsel and noting that when no probative evidence supports the
 PCR courts ruling it will not be upheld).  
REVERSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.

[1]  McKenzie pleaded guilty to charges from both Lexington and Richland County.  The PCR Court granted relief on all charges and the State petitioned this
 Court for a writ of certiorari.  We denied the petition as to the Lexington County charges.  This opinion concerns only the Richland County charge.